

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00536-CV

**IN THE INTEREST OF E.E.L., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02394
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an appeal from an order terminating appellant's parental rights. Appellee has filed a motion for extension of time to file its brief. The motion is GRANTED, and appellee's brief is due December 4, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court